■ In the Matter of LARRY G. CAMPBELL, Appellant, v CHARLES J. SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.-

The Supreme Court properly dismissed the proceeding as time barred *(see,* CPLR 217). The petitioner's contention, raised for the first time on appeal, that this is actually a proceeding to challenge an election pursuant to Not-For-Profit Corporation Law § 618 is without merit. Thompson, J. P., Bracken, Brown and Kunzeman, JJ., concur.